UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **AMANDA CLARK, ET AL** | * | **CIVIL ACTION NO. 15-2409** |
| **VS.** | * | **JUDGE DOHERTY** |
| **NEAL LARTIGUE, ET AL** | * | **MAGISTRATE JUDGE WHITEHURST** |

**RULE 7(a) HEIGHTENED PLEADING REVIEW**

In this §1983 civil rights suit, plaintiffs have sued defendant Larry Paul Fontenot in his individual and official capacities. In answering plaintiffs' complaint, defendants plead qualified immunity. *R. 1; 14.* The undersigned has therefore conducted an evaluation of plaintiffs' complaint to determine whether it meets the applicable heightened pleading requirement. *See Schultea v. Wood*, 47 F.3d 1427, (5th Cir. 1995).[1]

After review, the undersigned concludes that the plaintiffs have "supported [her] claims with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendants' conduct at the time of the alleged acts." *Schultea*, 47 F.3d at 1434. Although the court may later determine the facts in favor of defendants, the sole issue presented here is whether plaintiff has satisfied the

---

[1] When an officer or other official sued in his or her personal capacity asserts a qualified immunity defense in a civil rights action, the plaintiff must support his or her claim "with sufficient precision and factual specificity to raise a genuine issue as to the illegality of defendant's conduct at the time of the alleged acts." *Schultea v. Wood*, 47 F.3d 1427, 1434 (5th Cir. 1995).

heightened pleading requirement of *Shultea*, which the undersigned concludes she has. Thus, no order limiting discovery under *Schultea* is appropriate.

Signed at Lafayette, Louisiana on this 9th day of December 2015.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE