UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AMANDA CLARK, ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:15-CV-02409 |
| CHIEF NEAL LARTIGUE, ET AL | : | JUDGE DOHERTY,<br>MAG. JUDGE WHITEHURST |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

MAY IT PLEASE THE COURT:

Defendant, LARRY PAUL FONTENOT, INDIVIDUALLY, appears herein solely for the purpose of replying to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Strike [Court Doc. #18], pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

Plaintiffs' main contention in opposition to Defendant's motion to strike is that Mr. Fontenot had sufficient notice of the lawsuit against him because he hired a lawyer to respond on his behalf. This is inaccurate, as Mr. Fontenot never retained an attorney to represent him in this matter. As stated previously in Defendant's Motion to Strike, Mr. Fontenot has not been served and has not retained an attorney [Court Doc. #18].

According to Plaintiffs, Mr. Fontenot's wife signed for the return receipt on a waiver of service sent to Mr. Fontenot's home address. This in no way constitutes proper service or waiver of service since delivery of a waiver is not service of process! Pursuant to Federal Rule of Civil Procedure 4(a), Mr. Fontenot still has not been served, or returned a signed waiver of service and therefore, has not been properly served and is not subject to personal jurisdiction of this Court.

Plaintiffs further allege that the original answers to the complaint should be deemed as judicial admissions and that Defendant Larry Fontenot should be bound by those answers. First, Mr. Fontenot was not given proper notice of the allegations against him and did not authorize anyone to make an appearance on his behalf regarding the original answers to the complaint. In *Leach v. BB&T Corp.*, 232 F.R.D. 545 (2005) (citing to *Kiro v. Moore*, 229 F.R.D. 228, 232 (D.N.M 2005), the court stated that a party does not waive his right to service of process whenever an attorney appears on his behalf.

In *Leach*, the defendant, McDaniel's attorney filed an answer on behalf of all defendants, without asserting the defense of insufficient service of process on behalf of McDaniel. Later, McDaniel's attorney filed an amended answer explicitly stating that such answer was being filed only on behalf of defendant BB&T. The amended answer also withdrew the previously filed answer on behalf of all other defendants. Footnote one of the amended answer moreover stated that no answer would be filed on behalf of the defendant McDaniel until he was properly served, and that he had not waived his right to be properly served. *Id.* at 551.

Although done differently, the outcome in *Leach* was the same as Defendant Larry Paul Fontenot is seeking here. An Amended Answer was filed only on behalf of Defendants, Chief Neal Lartigue and the City of Ville Platte, and the instant Motion to Strike for Larry Fontenot was filed immediately thereafter [See Court Document #11 and #12]. As in *Leach*, these filings are proof positive that Larry Fontenot has not waived his rights to service of process.

For all the reasons stated in his original Motion and Memorandum, as well as the additional reasons stated herein, LARRY PAUL FONTENOT, INDIVIDUALLY, requests that the "Answer to Complaint and Jury Demand" be stricken from the record of the captioned proceeding.

BORNE, WILKES & RABALAIS, L.L.C.

BY: s/John F. Wilkes, III
JOY C. RABALAIS (26476), T.A.
JOHN F. WILKES, III (01644)
RAY F. LUCAS, III (27558)
KYLE N. CHOATE (33524)
TAYLOR R. STOVER (35975)
ALLISON M. ACKAL (31590)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR LARRY PAUL FONTENOT, INDIVIDUALLY

CERTIFICATE

I HEREBY CERTIFY that on January 11, 2016, a copy of the foregoing Reply Memorandum in Response to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Strike was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to K. Eric LaFleur; Daniel M. Landry, III; Christian Landry; and Andre' F. Toce by operation of the court's electronic filing system.

s/John F. Wilkes, III
JOHN F. WILKES, III (Bar Roll #01644)
BORNE, WILKES & RABALAIS, L.L.C.
Attorney for Defendant