UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| AMANDA CLARK, ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:15-CV-02409 |
| CHIEF NEAL LARTIGUE, ET AL | : | JUDGE DOHERTY,<br>MAG. JUDGE WHITEHURST |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## AFFIDAVIT OF LARRY PAUL FONTENOT

**STATE OF LOUISIANA**

**PARISH OF** Evangeline

BEFORE ME, the undersigned authority, on the date set forth hereinafter, personally came and appeared:

**LARRY PAUL FONTENOT**

being of the full age of majority, a resident of the State of Louisiana, and being duly sworn according to law, did depose and state of his own personal knowledge that:

1.

It is my understanding that an Answer was filed on my behalf in the case of *Amanda Clark, et al v. Chief Neil Lartigue, et al*, Civil Action Number 6:15-CV-02409 in the Western District of Louisiana, Lafayette Division before the Honorable Rebecca F. Doherty.

2.

I was never served personally, at my domicile, nor did I waive service with regard to the jurisdiction of the Court.

3.

I never gave any attorney any authority to answer any Petition or Complaint or other pleadings on my behalf, and, therefore, I do not feel I am subject to the jurisdiction of the Court.

4.

I request that the Court strike any Answer filed on my behalf in the above entitled matter.

The above information is based on his own personal knowledge.

LARRY PAUL FONTENOT

Signature of Witness Linzey Manuel — Printed Name Larry P Fontenot

Signature of Witness Marla Yeager — Printed Name

SWORN TO AND SUBSCRIBED before me, Notary Public, at Ville Platte, Louisiana, this 11th day of Jan, 2016.

NOTARY PUBLIC

Name

Notary Number

Commission Expires

JACOB B. FUSILIER
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NO. 30246