# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| AMANDA CLARK, ET AL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 6:15-CV-02409-RFD-CBW |
| NEAL LARTIGUE, ET AL | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## AMENDED ANSWER TO COMPLAINT

**NOW INTO COURT,** through undersigned counsel exclusively for the purposes of filing this Amended Answer, comes LARRY PAUL FONTENOT, defendant herein, and for his Answer and Defenses to the Complaint of AMANDA CLARK, JOANIE FONTENOT, and DEVEON BRISTER, respectfully aver as follows:

1.

On November 20, 2015 an Answer in this matter was filed by undersigned counsel on behalf of defendants CITY OF VILLE PLATTE, through the Ville Platte Police Department, NEAL LARTIGUE, in his official capacity as Chief of Police, and LARRY PAUL FONTENOT, individually and in his official capacity as a former officer of the Ville Platte Police Department.

2.

Defendant LARRY PAUL FONTENOT did not consent to the filing of the aforementioned Answer.

3.

On January 20, 2016, Magistrate Judge Carol Whitehurst denied a Motion to Strike that Answer but granted leave of court to LARRY PAUL FONTENOT for purposing of filing an Amended Answer in his individual capacity.

4.

LARRY PAUL FONTENOT reiterates that he did not consent to the Answer previously filed on his behalf. Further, LARRY PAUL FONTENOT, as of the date of filing of this Amended Answer, has not received service of process of the plaintiffs' complaint, has not executed any waiver of service, and reserves his defense of no service of process.

5.

The law firms of Borne, Wilkes, & Rabalais, LLC and Mahtook & LaFleur, LLC are not representing LARRY PAUL FONTENOT in this matter, or in any other matter. Undersigned counsel is acting strictly for the purposes of filing this Amended Answer.

**WHEREFORE**, defendant, LARRY PAUL FONTENOT, in his individual capacity, files this Amended Answer specifically expressing that he did not consent to the Answer previously filed on his behalf and that he has not received service or process or executed any waiver of same, and he prays that this Amended Answer be deemed good and sufficient and, after due proceedings are had, there be judgment in his favor and against plaintiffs, AMANDA CLARK, JOANIE FONTENOT, and DEVEON BRISTER dismissing all of their claims with prejudice at their sole cost and awarding defendants reasonable attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I hereby certify that on February, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

/s/ Eric LaFleur

ERIC LA FLEUR