RECEIVED

DEC 1 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| AMANDA CLARK, ET AL. | CIVIL ACTION NO. 15-2409 |
| VERSUS | JUDGE DOHERTY |
| CHIEF NEAL LARTIGUE, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## RULING AND ORDER

Pending before this Court is the "Motion for Summary Judgment" [Doc. 42] filed by defendants Neal Lartigue and the City of Ville Platte. Following the filing of the aforementioned motion, the parties jointly filed a "Joint and Unopposed Motion to Continue Motion for Summary Judgment, and for Extension of Discovery Deadlines and to Reset Trial Date" [Doc. 44].

In the motion to continue, the parties argue the pending motion for summary judgment cannot be adjudicated until the deposition of a defendant, Larry Fontenot, has been taken, and due to reasons beyond the control of the parties, this deposition has not yet occurred. The parties filed the declaration of attorney Christian Landry, counsel for the plaintiff, in support of this argument. The parties seek an extension of time for plaintiffs to oppose the motion for summary judgment, as well as an extension of the discovery deadline, and a continuance of the trial date.

Rule 56(f) of the Federal Rules of Civil Procedure states that if a party opposing a motion shows by affidavit that it cannot present facts essential to justify its opposition, the Court may:

   **(1)** deny the motion;
   **(2)** order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or
   **(3)** issue any other just order.

Fed. R. Civ. P. 56(f).

Considering the joint nature of the requests before the Court and the showing made by the parties that the instant motion for summary judgment cannot be adjudicated without additional discovery, this Court will deny the pending motion for summary judgment as premature and permit the plaintiffs to take additional discovery. Furthermore, this Court concludes good cause has been shown for an extension of the trial date in this matter, which will necessarily grant the parties additional time to conduct discovery.

Considering the foregoing,

IT IS ORDERED that the "Joint and Unopposed Motion to Continue Motion for Summary Judgment, and for Extension of Discovery Deadlines and to Reset Trial Date" [Doc. 44] is GRANTED IN PART AND DENIED IN PART, as follows:

IT IS ORDERED that the Motion to Continue the Motion for Summary Judgment is DENIED AS MOOT, and the pending Motion for Summary Judgment [Doc. 42] is DENIED AS PREMATURE.

IT IS FURTHER ORDERED that the Motion to Extend the Discovery Deadline is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion to Continue the Trial Date is GRANTED. The parties shall contact this Court during the week of January 2, 2017 to schedule a telephone status conference to select a new trial date.

THUS DONE AND SIGNED in Lafayette, Louisiana this ___13th___ day of December, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE