UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Amanda Clark, et al. | Civil Action No. 6:15-cv-2409 |
| versus | Judge Rebecca F. Doherty |
| Neal Lartigue, et al. | Magistrate Judge Carol B. Whitehurst |

## MINUTES OF COURT

A settlement conference was conducted by the undersigned Magistrate Judge on Wednesday, January 4, 2017, beginning at 10:00 a.m. and ending at 12:30 p.m.[1] Participating in the conference were: (1) Andre F. Toce, Christian B, Landry, and Daniel M. Landry, III, representing the Plaintiffs; and (2) Joy C. Rabalais, Allison M. Ackal, and Jerry Cronin, representing Defendants Neal Lartigue and the City of Ville Platte. At the conclusion of the conference, the parties reached an amicable settlement of Plaintiffs' claims. The terms of the settlement were placed on the record, and the parties agreed that all claims against Defendant Larry Paul Fontenot should be dismissed with prejudice.

Signed at Lafayette, Louisiana, this 4th day of January, 2017.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: two hours and thirty minutes